Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

■

In the Matter of the Claim of LOUIS ROTUNDO, Respondent, against TODD SHIPYARDS CORPORATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Foster, P. J., Brewster, Bergan and Coon, JJ., concur; Heffernan, J., dissents. [See *post,* p. 1106; 280 App. Div. 904.]

■

In the Matter of the Claim of HENRY C. ROSCHE, Respondent, against CHARLES HEINSOHN, Appellant, and LONDON & LANCASHIRE INDEMNITY COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present —
Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.  [See *post*, p. 1107.]